Special Term adjudging that the appellant had a valid claim against the estate of a lunatic.

*Howard C. Wiggins* for appellant.

*D. C. Burke* for respondent.

Order affirmed, with costs, on opinion below.

All concur, except O'BRIEN, J., absent, and MARTIN, J., not sitting.

---

JOHN KERR, Respondent, *v.* ATLANTIC AVENUE RAILROAD COMPANY of Brooklyn, Appellant.

*Kerr* v. *Atlantic Ave. R. R. Co.*, 10 Misc. Rep. 264, affirmed.
(Argued December 21, 1896; decided January 19, 1897.)

APPEAL from a judgment of the General Term of the City Court of Brooklyn, entered December 3, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Albert C. Tennant* and *Matthew Hale* for appellant.

*George F. Elliott, Jay S. Jones* and *Henry M. Dater* for respondent.

Judgment affirmed, with costs; no opinion.

All concur, except O'BRIEN, J., absent, and GRAY, J., not voting.

---

DENNIS C. FEELY, Respondent, *v.* GILBERT E. JONES, as Treasurer of THE NEW YORK TIMES, Appellant.

*Feely* v. *Jones*, 79 Hun, 18, affirmed.
(Argued December 21, 1896; decided January 19, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered June 25, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.